ORIGINAL

1 michaelmerrellinf

2 LEONARDO M. RAPADAS
United States Attorney
3 RYAN M. ANDERSON
Special Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Ave
5 Hagåtña, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334

7 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **06-00052** |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** |
| MICHAEL MERRELL, ) | [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about September 22, 2006, in the District of Guam, the defendant, MICHAEL MERRELL, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 2nd day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Ry M. Anderson*
RYAN M. ANDERSON
Special Assistant U.S. Attorney