# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00052**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes ___ No

Defendant Name: Michael Merrell
Alias Name: _____
Address: _____
          Piti, Guam

Birthdate: xx/xx/1956   SS# xxx-xx-6220   Sex: M   Race: Black   Nationality: _____

**U.S. Attorney Information:**

SAUSA: Ryan Anderson

Interpreter: _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

*RECEIVED NOV - 7 2006 — DISTRICT COURT OF GUAM, HAGATNA, GUAM*

**U.S.C. Citations**

Total # of Counts: _____    ___ Petty _X_ Misdemeanor ___ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 USC 7(3) & 13; 16 GCA 18102 | Driving Under the Influence of Alcohol | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 11/7/06    Signature of AUSA: /s/ for Ryan Anderson