ORIGINAL

```
LEONARDO M. RAPADAS
United States Attorney
RYAN ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America
```

FILED
DISTRICT COURT OF GUAM
NOV -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00052 |
| Plaintiff. | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| MICHAEL MERRELL, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MICHAEL MERRELL, based on an Information filed charging the defendant with Driving Under the Influence of Alcohol in violation to Title 16, Guam Code Annotated, Section 18102(a) and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 7th day of November 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
RYAN ANDERSON
Special Assistant U.S. Attorney