1   LEONARDO M. RAPADAS
    United States Attorney
2   RYAN ANDERSON
    Special Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4   Hagåtña, Guam 96910
    TEL: (671) 472-7332
5   FAX: (671) 472-7334

**FILED**

DISTRICT COURT OF GUAM

NOV - 8 2006

MARY L.M. MORAN
CLERK OF COURT

6   Attorneys for the United States of America

7           IN THE UNITED STATES DISTRICT COURT

8             FOR THE TERRITORY OF GUAM

9   UNITED STATES OF AMERICA,     ) CRIMINAL CASE NO. 06-00052
                          )
10               Plaintiff,   )
                          )
11           vs.             )       **ORDER**
                          )
12   MICHAEL MERRELL,       )
                          )
13              Defendant.   )
                          )
14

15      At the request of the Government upon the filing of an Information in the case herein,

16   it is hereby ordered that a summons be issued for the above-named defendant.

17

18

19    November 8, 2006
         DATE                 JOAQUIN V. E. MANIBUSAN, JR.
20                                U.S. Magistrate Judge
                               District Court of Guam

21

22

23

24

25

26

27                 ORIGINAL

28