# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00052          DATE: November 16, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 10:19:23 - 10:21:18
CSO: J. Lizama

**APPEARANCES:**
Defendant: Michael Merrell         Attorney: Delia Lujan
DEFENDANT NOT PRESENT         ☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.
U.S. Attorney: Ryan Anderson         U.S. Agent:
U.S. Probation: Maria Cruz         U.S. Marshal: None Present
Interpreter:         Language:

**PROCEEDINGS: Initial Appearance re Information**
- Ms. Lujan waived the presence of her client for today's proceeding. She also advised the Court that her client is currently off-island and moved for a brief continuance.
- Mr. Anderson did not object to the continuance.
- The Court Granted the motion and continued the proceedings to:11/27/2006 at 10:00 a.m.

NOTES: