LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No.06-00052 |
|---|---|
| Plaintiff, | **MOTION FOR LEAVE TO FILE FACSIMILE WAIVER OF APPEARANCE AT INITIAL APPEARANCE AND ARRAIGNMENT** |
| vs. | |
| MICHAEL MERRELL, | |
| Defendant. | |

Pursuant to G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam, Defendant Michael Merrell respectfully moves the Court for leave to file herein a facsimile copy of the Waiver of Appearance at Initial Appearance and Arraignment, which is attached hereto. The defendant is presently in Oklahoma and has executed the waiver in that state. The signed original has been sent to defense counsel via mail and will be filed with this Court immediately upon receipt.

**RESPECTFULLY SUBMITTED** this 27th day of November, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN, ESQ.
*Attorneys for Defendant Michael Merrell*

2:05 11/24/06

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.06-00052 |
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE AT INITIAL APPEARANCE AND ARRAIGNMENT** |
| MICHAEL MERRELL, | |
| Defendant. | |

Upon being fully advised by my counsel of my right to be present at the initial appearance and arraignment, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the initial appearance and arraignment in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have received a copy of the information charging me with Driving Under the Influence of Alcohol, and, as to this charge, I plead not guilty.

DATE: 11/24/06

_____
**MICHAEL MERRELL**
*Defendant*

**LUJAN AGUIGUI & PEREZ LLP**

DATE:_____    By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*

M-0059