LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Criminal Case No. 06-00052<br><br>**WAIVER OF APPEARANCE AT INITIAL APPEARANCE AND ARRAIGNMENT** |

Upon being fully advised by my counsel of my right to be present at the initial appearance and arraignment, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the initial appearance and arraignment in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have received a copy of the information charging me with Driving Under the Influence of Alcohol, and, as to this charge, I plead not guilty.

DATE:_____

_____
**MICHAEL MERRELL**
*Defendant*

LUJAN AGUIGUI & PEREZ LLP

DATE: 11/24/06      By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*