# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00052　　　　　　　　　　DATE: November 27, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:05:34 - 10:12:44
CSO: B. Pereda

**APPEARANCES:**

Defendant: Michael Merrell　　　　　　　Attorney: Delia Lujan
DEFENDANT NOT PRESENT　　　　　　　☒ Present ☒ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance re Information**
- Motion for Leave to File Facsimile Waiver of Appearance at Initial Appearance and Arraignment is granted. Defense counsel to submit an order.
- Defense counsel advised of defendant's rights.
- Plea entered: Not guilty
- Trial set for: January 23, 2007 at 9:30 a.m.

NOTES: