**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00052 |
| Plaintiff, | |
| vs. | **ORDER**<br>**Granting Motion for Leave to File Facsimile Waiver of Appearance at Initial Appearance and Arraignment** |
| MICHAEL MERRELL, | |
| Defendant. | |

After reviewing the Defendant's Motion for Leave to File Facsimile Waiver of Appearance at Initial Appearance and Arraignment and finding good cause for such relief, the Court grants the Defendant's motion. The Defendant shall file with the Court the original signed Waiver of Appearance at Initial Appearance and Arraignment immediately upon defense counsel's receipt.

SO ORDERED this 30th day of November 2006, *nunc pro tunc* to November 27, 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**