LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
JAN 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Criminal Case No.06-00052<br><br>**SUBMISSION OF ORIGINAL WAIVER OF APPEARANCE AT INITIAL APPEARANCE AND ARRAIGNMENT** |

Defendant Michael Merrell hereby submits to the Court the original Waiver of Appearance at Initial Appearance and Arraignment signed by him, which is attached hereto. A facsimile copy of the waiver signed by Defendant was originally filed with the Court on or about November 27, 2006.

**RESPECTFULLY SUBMITTED** this 23rd day of January, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN, ESQ.
*Attorneys for Defendant Michael Merrell*

| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ LLP** |
| | Attorneys at Law |
| 2 | Pacific News Building, Suite 300 |
| | 238 Archbishop Flores Street |
| 3 | Hagåtña, Guam 96910 |
| | Telephone (671) 477-8064/5 |
| 4 | Facsimile (671) 477-5297 |
| 5 | *Attorneys for Defendant Michael Merrell* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No.06-00052 |
|---|---|
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE AT INITIAL APPEARANCE AND ARRAIGNMENT** |
| MICHAEL MERRELL, | |
| Defendant. | |

Upon being fully advised by my counsel of my right to be present at the initial appearance and arraignment, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the initial appearance and arraignment in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have received a copy of the information charging me with Driving Under the Influence of Alcohol, and, as to this charge, I plead not guilty.

DATE: 11/24/06

_____
**MICHAEL MERRELL**
*Defendant*

**LUJAN AGUIGUI & PEREZ LLP**

DATE:_____ By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*