LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*



FILED
DISTRICT COURT OF GUAM
JAN 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Criminal Case No.06-00052<br><br>**MOTION FOR LEAVE TO FILE FACSIMILE WAIVER OF APPEARANCE AND SPEEDY TRIAL** |

Pursuant to G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam, Defendant Michael Merrell respectfully moves the Court for leave to file herein a facsimile copy of the Waiver of Appearance and Speedy Trial, which is attached hereto. The defendant is presently in Oklahoma and has executed and had notarized the waiver in that state. The signed original is being sent to defense counsel via mail and will be filed with this Court immediately upon receipt.

**RESPECTFULLY SUBMITTED** this 23rd day of January, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MERRELL, <br><br> Defendant. | Criminal Case No. 06-00052 <br><br> **WAIVER OF APPEARANCE AND SPEEDY TRIAL** |

Upon being fully advised by my counsel of my right to be present at the plea hearing, trial, sentencing, and any further court hearings in this matter, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the above proceedings in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have been advised by my counsel of my right to a speedy trial, and I now hereby waive my right to a speedy trial. I believe that a continuance of trial, in order to present to the Court the necessary original documents regarding a plea, will serve the ends of justice.

DATE: 01/22/07

_____
MICHAEL MERRELL
*Defendant*

| | | |
|---|---|---|
|1| |LUJAN AGUIGUI & PEREZ LLP|
|2| | |
|3|DATE: _____|By: _____|
|4| |DELIA LUJAN, ESQ.|
| | |*Attorneys for Defendant Michael Merrell*|

## ACKNOWLEDGMENT

STATE OF _Oklahoma_ ) ss:

BEFORE ME, a Notary Public, in and for the State of _Oklahoma_, on this _22nd_ day of January, 2007, personally appeared Michael Merrell, known to me to be the defendant whose name is subscribed to the foregoing Waiver of Appearance and Speedy Trial, and acknowledged to me that he executed the same as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day and year first written above.

[Notary Seal: JANA D. GREEN, NOTARY PUBLIC, IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY]

_Jana D Green_
Commission Expires: 2/15/2008
Commission # 00002699