LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
JAN 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Criminal Case No.06-00052<br><br>**MOTION TO CONTINUE TRIAL** |

Counsel for the Defendant respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for January 23, 2007, at 9:30 a.m. to a date at least two weeks later, or to a date thereafter convenient to the Court's schedule. This motion is based upon the Justification to Continue Trial and Defendant's Waiver of Appearance and Speedy Trial.

**RESPECTFULLY SUBMITTED** this 23rd day of January, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
DELIA LUJAN, ESQ.
*Attorneys for Defendant Michael Merrell*