IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
TRIAL



**FILED**
DISTRICT COURT OF GUAM
JAN 25 2007
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-06-00052-001          DATE: January 23, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:19:34 - 10:22:08
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Michael Merrell                  Attorney: Delia Lujan
DEFENDANT NOT PRESENT                       ☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson                U.S. Agent:
U.S. Probation: Maria Cruz                  U.S. Marshal: D. Punzalan
Interpreter:                                Language:

**PROCEEDINGS: Jury Trial**

- Ms. Lujan advised the Court that her client wishes to enter a plea of guilty and that a motion to continue had been submitted.
- The Court granted the Motion for Leave to File Facsimile Waiver of Appearance and Speedy Trial.
- In addition, the Court found that the ends of justice was served by granting the continuance and that it outweighed the best interest of the public and the defendant in a speedy trial. Therefore, the time beginning today up to and including February 7, 2007 shall be excluded from the Speedy Trial calculation.
- No further written order will be forthcoming on the Court's rulings.
- The Court set a Change of Plea hearing on: February 7, 2007 at 9:30 a.m.

NOTES: