**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

**FILED**

DISTRICT COURT OF GUAM

FEB - 2 2007 mba

**MARY L.M. MORAN**
**CLERK OF COURT**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MERRELL,<br><br>Defendant. | Criminal Case No.06-00052<br><br>**SUBMISSION OF ORIGINAL WAIVER OF APPEARANCE AND SPEEDY TRIAL** |

Defendant Michael Merrell hereby submits to the Court the original Waiver of Appearance and Speedy Trial signed by him, which is attached hereto. A facsimile copy of the waiver signed by Defendant was originally filed with the Court on or about January 23, 2007.

**RESPECTFULLY SUBMITTED** this 2nd day of February, 2007.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*

ORIGINAL