ORIGINAL

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

**FILED**
DISTRICT COURT OF GUAM
FEB - 2 2007 ᵖᵇᵉ
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL MERRELL, <br><br> Defendant. | Criminal Case No.06-00052 <br><br> **WAIVER OF APPEARANCE AND SPEEDY TRIAL** |

Upon being fully advised by my counsel of my right to be present at the plea hearing, trial, sentencing, and any further court hearings in this matter, I, Michael Merrell, being the Defendant in the above-styled action, do hereby waive my right to be present at the above proceedings in this matter, as I am presently in the mainland United States and my counsel will appear on my behalf at such hearings. I further state that I have been advised by my counsel of my right to a speedy trial, and I now hereby waive my right to a speedy trial. I believe that a continuance of trial, in order to present to the Court the necessary original documents regarding a plea, will serve the ends of justice.

DATE: 01/22/07

_____
**MICHAEL MERRELL**
*Defendant*

**LUJAN AGUIGUI & PEREZ** LLP

DATE: ___1/30/07___          By: _____

**DELIA LUJAN, ESQ.**
*Attorneys for Defendant Michael Merrell*

## ACKNOWLEDGMENT

STATE OF ___Oklahoma___ )
                        ) ss:
                        (

    BEFORE ME, a Notary Public, in and for the State of ___Oklahoma___, on this ___22nd___ day of January, 2007, personally appeared Michael Merrell, known to me to be the defendant whose name is subscribed to the foregoing Waiver of Appearance and Speedy Trial, and acknowledged to me that he executed the same as his free and voluntary act and deed for the purposes therein set forth.

    IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day and year first written above.

_____

Commission Expire: 2/15/2008
Commission # 00002699