LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.06-00052 |
| Plaintiff, | |
| vs. | **STIPULATION TO VACATE CHANGE OF PLEA HEARING** |
| MICHAEL MERRELL, | |
| Defendant. | |

The parties hereby stipulate to vacate the change of plea hearing scheduled in this matter for February 7, 2007. The parties have executed and submitted a Plea Agreement in Magistrate Case No. 07-00009, wherein Defendant pleads guilty to an Information charging him with Reckless Driving.

**SO STIPULATED** this 6th day of February, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**DELIA LUJAN**
Attorneys for Defendant Michael Merrell

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _____    _____
**RYAN M. ANDERSON**              **JEFFREY J. STRAND**
Special Assistant U.S. Attorney    First Assistant U.S. Attorney