LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Michael Merrell*

FILED
DISTRICT COURT OF GUAM
FEB -7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>MICHAEL MERRELL,<br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00052<br><br>**STIPULATION TO CONTINUE TRIAL** |

The undersigned stipulate that the trial scheduled to begin February 7, 2007 be vacated and continued to a date no earlier then thirty (30) days thereafter to be set by the Court. This stipulation is made because the parties have entered into a plea agreement in the Magistrate Case No. 07-0009, which they will set for a hearing when all necessary documents are available for submission to the Court.

**SO STIPULATED** this 7th day of February, 2007.

LUJAN AGUIGUI & PEREZ LLP

_____
**DELIA S. LUJAN, ESQ.**
Attorneys for Defendant Michael Merrell

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
**RYAN M. ANDERSON, ESQ.**
Special Assistant Attorney

_____
**JEFFREY J. STRAND, ESQ.**
First Assistant U.S. Attorney

M-0059/732-00/0732/DSL/dmg