| | |
|---|---|
| 1 | **LUJAN AGUIGUI & PEREZ** LLP |
| | Attorneys at Law |
| 2 | Pacific News Building, Suite 300 |
| | 238 Archbishop Flores Street |
| 3 | Hagåtña, Guam 96910 |
| | Telephone (671) 477-8064/5 |
| 4 | Facsimile (671) 477-5297 |
| 5 | *Attorneys for Defendant Michael Merrell* |

**FILED**
DISTRICT COURT OF GUAM
FEB 27 2007
MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00052 |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE** |
| vs. | |
| MICHAEL MERRELL, | |
| Defendant. | |

My legal counsel has explained to me the nature of the offense with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. My legal counsel has informed me of my right to the assistance of legal counsel. My legal counsel has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a Untied States district Judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

_____
**MICHAEL MERRELL, Defendant**

## WAIVER OF RIGHT TO TRIAL BY JURY

My legal counsel has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.

Consented to by United States:

Michael Merrell, Defendant
*/s/ signature*
Signature

*Michael R. Merrell*
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

My legal counsel has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

*/s/ signature*
Michael Merrell, Defendant

LUJAN AGUIGUI & PEREZ LLP

By: */s/*
DELIA S. LUJAN, ESQ.

Approved By: ~~HONORABLE JOAQUIN V.E. MANIBUSAN, JR.~~
~~United States Magistrate Judge~~

Date

**RECEIVED**
FEB - 2 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# ACKNOWLEDGMENT

STATE OF Oklahoma ) ss:

BEFORE ME, a Notary Public, in and for the State of Oklahoma, on this 26th day of January, 2007, personally appeared Michael Merrell, known to me to be the defendant whose name is subscribed to the foregoing Consent to Proceed Before United States Magistrate Judge in a Misdemeanor Case, and acknowledged to me that he executed the same as his free and voluntary act and deed for the purposes therein set forth.

IN WITNESS HEREOF, I have hereunto set my hand and affixed my official seal the day and year first written above.

_Jara D Green_
Commission expires: 2/15/2008
Commission # 00002694