LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00052 |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| MICHAEL MERRELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 27, 2007, the United States made an oral request to dismiss this case after the Defendant pled guilty to a lesser charge in related case Magistrate Case No. 07-00009. For good cause shown,

IT IS SO ORDERED that the Information in the above entitled cause is hereby dismissed.

Dated this 9th day of March 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**